THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Remus Lewis
 Hudgensbey, Appellant.
 
 
 

Appeal From Laurens County
Brooks P. Goldsmith, Circuit Court Judge

Unpublished Opinion No. 2008-UP-624
 Submitted November 3, 2008  Filed
November 12, 2008  

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Remus
 Lewis Hudgensbey appeals his convictions and sentences for failing to stop for
 a blue light and resisting arrest, arguing the trial court erred by failing to
 sever the charge of filing a false police report from the failing to stop for a
 blue light and resisting arrest charges.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Hudgensbeys appeal and grant counsels motion to be
 relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.